**Electronically Filed
Supreme Court
SCWC-11-0000107
27-FEB-2013
12:43 PM**

SCWC-11-0000107

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

BRIAN PAUL SIMON, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000107; CASE NO. 3DTA-10-00395)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ., with
Acoba, J., dissenting separately, with whom Pollack, J., joins)

Petitioner/Defendant-Appellant Brian Paul Simon's

application for writ of certiorari filed on January 23, 2013, is

hereby rejected.

DATED:  Honolulu, Hawai'i, February 27, 2013.

Robert D.S. Kim for
petitioner

Linda L. Walton for
respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

